ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PIZ, | Case No. CV 08-0076 RNB |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: October 10, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE