The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
MARIA G. GALINDO (State Bar No: 217106)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARIA PIZ, <br><br>  Plaintiff, <br><br>  v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br>  Defendant. <br> _____ | CIVIL NO. CV 08-0076 RNB <br><br> [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Three Thousand Three Hundred ($3,300.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 18, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE